AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| James Dolan | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )  Case No. 3:23cv512 |
| Ford Motor Company | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Ford Motor Company                                                                                         .

Date:  09/25/2023

/s/ Brian D. Schmalzbach
*Attorney's signature*

Brian D. Schmalzbach (VSB No. 88544)
*Printed name and bar number*

McGuireWoods LLP
800 East Canal Street
Richmond, VA  23219
*Address*

bschmalzbach@mcguirewoods.com
*E-mail address*

(804) 775-4746
*Telephone number*

(804) 698-2304
*FAX number*